IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BEAVER CREEK LAND & CATTLE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 08-CV-0202-J |
| | ) | |
| PHILLIP A. WOLF, | ) | |
| | ) | |
| Defendant. | ) | |

## REQUEST FOR WRITTEN REPLY

The plaintiff having filed a Motion for Sanctions and Rule 37 Certification on August 13, 2009, and the defendant having filed his response to said motion on August 21, 2009, it is

HEREBY REQUESTED that the plaintiff shall file with the Clerk's Office and fax to the Court Chambers, (307) 433-2185 (if not electronically filed), a written reply to defendant's response on or before August 28, 2009.

Dated this 24th day of August, 2009.

                                                /s/ William C. Beaman
                                               UNITED STATES MAGISTRATE JUDGE