FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
OCT 08 2009
Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

BEAVER CREEK LAND AND CATTLE L.L.C.                CASE NO. #08CV202

VS.

PHILLIP, WOLF DEFENDANT

(Phillip Andrew Wolf) Third Party Plaintiffs   IN ADMIRILITY Notice to principal is Notice to Agent

Vs.

KING AND KING LLC.,BRETT KING,JOSH ROMNEY,ANTHON STAUFER,BEAVER CREEK LAND AND CATTLE LLC.UNITED STATES DISTRICT COURT, CLERK OF COURT, Third Party Defendants

## ANSWER IN AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT,

## OPPORTUNITY TO CURE, AND COUNTERCLAIM

Comes now Phillip-Andrew: Wolf, Third Party Plaintiff, by special visitation and not appearing generally, before this court seeking a remedy in Admiralty as is provided by "The Saving to the Suitors Clause" at USC 28 -1333(1),and USC Title 18-chapter 101,Reverse Erie Doctrine. This is my notice as to attempt to dismiss, ignore or proceed and strike as requested by the officers of this court. I am standing in my unlimited commercial liability as a Secured Party Creditor and request that the Third Party Defendants do the same, and waive all of their immunities. I respectfully request the indulgence of this court as I am not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

I challenge the jurisdiction of this court to hear my claim .The U.S.Supreme court has ruled many times that once the jurisdiction is challenged it must be proven by the court BEFORE the court can proceed. I demand that this court prove that it has lawful jurisdiction according to the "Opportunity to Cure" contained herein. I do not consent to you IGNORING, DISMISSING,or

STRIKING my claim.The only court of competent jurisdiction is the Court Of International claims.Any decision to dismiss,dishonor,alter,change,or hear this claim by any officer of this court will be Dishonor in commerce,Fraud,Collusion,Conspiracy,Theft of public funds,and Racketeering.I believe that there is no evidence to the contrary.This claim is now in default and ALL remedies have been exhausted.There still has not been any evidence that the burden of jurisdiction has been met,despite all oppurtunities to do so,(Record is still barren)and Liens are ready to be perfected.

Phillip Andrew Wolf
Secured Party Creditor
September 29th 2009