FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 04 2010

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BEAVER CREEK LAND & CATTLE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 08-CV-00202J |
| ) | |
| PHILLIP A. WOLF, ) | |
| ) | |
| Defendant. ) | |

## ORDER STRIKING DEFENDANT'S SUBMISSIONS DATED MAY 25, 2010

The defendant's various submissions, including a document entitled "Commercial Warrant," a " Verified Criminal Complaint," an "Affidavit of Prejudice" and an "Apostiolle," including various attachments came before the Court for consideration on the eve of the scheduled non-jury trial, at which defendant failed to appear. The defendant failed to seek leave of court to file these submissions, as required by the Court's November 2, 2009 Order. Furthermore, it appears the defendant's submissions are nonsense and should be stricken.

1

For the reasons stated on the record, as reflected more fully in the transcript of the proceedings, the Court hereby

**ORDERS** that the defendant's May 25, 2010 submissions shall not be considered or given legal effect, pursuant to the terns of the court's previous Order of November 2, 2009. It is therefore

**ORDERED** that defendant's May 25, 2010 submissions shall be, and are, **STRICKEN.**

Dated this 3d day of June 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE