FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 18 2010

Stephan Harris, Clerk
Cheyenne

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BEAVER CREEK LAND & CATTLE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) No. 08-CV-00202J |
| PHILLIP A. WOLF, | ) |
| Defendant. | ) |

## JUDGMENT

This matter came before the Court for a non-jury bench trial on May 26, 2010. Bret F. King appeared for plaintiff; no appearance was made by defendant. After trial and presentation of evidence, the Court has entered its "Opinion Stating Findings of Fact and Conclusions of Law," finding that plaintiff is entitled to judgment in its favor. Accordingly, it is therefore

**ORDERED, ADJUDGED AND DECREED** that judgment shall be, and hereby is, entered in favor of plaintiff, Beaver Creek Land & Cattle, LLC, a Utah Limited Liability Corporation and against defendant, Phillip A. Wolf, on all of plaintiff's claims, in the amount of $12,500,000.00, plus accrued interest from

June 20, 2008 to the date of entry of this judgment at the rate of 7% per annum, and post-judgment interest at the rate of .33% per annum, pursuant to 28 U.S.C. § 1961, and its costs of this action pursuant to Fed. R. Civ. P. 54. The parties shall bear their own costs not authorized by Fed. R. Civ. P. 54 and shall also bear their own attorney's fees.

Dated this 18th day of June 2010.

UNITED STATES DISTRICT JUDGE